## (April 7, 1941.)

ANTHONY ABRUZZO, an Infant over 14 Years of Age, by MARIA ABRUZZO, His Guardian ad Litem, and MARIA ABRUZZO, Appellants, v. GRANDVIEW DAIRY, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

ÆTNA CASUALTY & SURETY COMPANY, Appellant, v. FREDERICK GRONHOLZ, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

BARNET S. BOOKSTAVER, Respondent, v. JOHN DONOHUE, Appellant; NORMAN BECK, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

REBECCA CANTOR, an Infant, by Her Guardian ad Litem, SADIE CANTOR, Respondent, v. OTTO M. RADIN, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston and Taylor, JJ.; Close, J., not voting.

P. CHARLES DENERI, as Secretary-Treasurer of the Barbers and Beauty Culturists Union of America, Local No. 7, Appellant, v. GENE LOUIS, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

EUGENE E. EARLY, Respondent, v. RICHARD C. BOLTON, Defendant, and HARRY MILLER, Appellant.— Motion for reargument of motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

JACOB HOEFLE, Respondent, v. PAUL A. DANZILIO and WALTER B. STUCKER, Appellants.— Motion of appellant Walter B. Stucker for leave to appeal to the Appellate Division denied, with ten dollars costs. (See rule XXVI, Rules of the Appellate Division, Second Department.) Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Petition of NATHAN BONIOS to Render and Settle His Account as Administrator of TILLIE FRIEDLANDER, Deceased. SAM FRIEDLANDER, Appellant; NATHAN BONIOS, as Administrator, etc., of TILLIE FRIEDLANDER, Deceased, and CHARLES L. LIVINGSTON, JR., as Special Guardian for MANUEL FRIEDLANDER and PAUL FRIEDLANDER, Infants, etc., Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Application of the ISLAND-WIDE DEMOCRATIC CLUB, INC.— Application for approval of proposed certificate of incorporation denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.